UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL WILLIAM MAY,<br>　　　　　　　　　　Plaintiff,<br>v.<br>ERIC ARNOLD, Warden, et al.,<br>　　　　　　　　　　Defendant. | Case No.: 14CV2038 BEN (JMA)<br>**ORDER:**<br>**(1) ADOPTING REPORT AND RECOMMENDATION;**<br>**(2) DISMISSING KAMALA HARRIS AS RESPONDENT;**<br>**(3) DENYING REQUEST FOR AN EVIDENTIARY HEARING; and**<br>**(4) DENYING PETITION FOR WRIT OF HABEAS CORPUS** |

　　　Petitioner Daniel William May, a state prisoner proceeding pro se, commenced this action with the filing of a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Docket No. 1). Following briefing, including a traverse filed by Petitioner, on September 25, 2015, Magistrate Judge Jan M. Adler issued a thoughtful and thorough Report and Recommendation recommending that the Petition be denied. (Docket No. 20). Objections to the Report and Recommendation were due by October 14, 2015. (*Id.*)

1  No objections have been filed.  For the reasons that follow, the Report and
2  Recommendation is **ADOPTED**.
3       A district judge "may accept, reject, or modify the recommended disposition" of a
4  magistrate judge on a dispositive matter.  Fed. R. Civ. P. 72(b)(3); *see also* 28 U.S.C.
5  § 636(b)(1).  "[T]he district judge must determine de novo any part of the [report and
6  recommendation] that has been properly objected to."  Fed. R. Civ. P. 72(b)(3).
7  However, "[t]he statute makes it clear that the district judge must review the magistrate
8  judge's findings and recommendations de novo *if objection is made*, but not otherwise."
9  *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also*
10 *Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005).  "Neither the Constitution nor
11 the statute requires a district judge to review, de novo, findings and recommendations
12 that the parties themselves accept as correct."  *Reyna-Tapia*, 328 F.3d at 1121.
13     The Court need not conduct a de novo review given the absence of objections.
14 However, the Court has conducted a de novo review and fully **ADOPTS** the Report and
15 Recommendation.  The Petition is **DENIED** and the request for an evidentiary hearing is
16 **DENIED**.  Additionally, as the parties agree, Kamala Harris is **DISMISSED**.
17     The Court **DENIES** a certificate of appealability because the issues are not
18 debatable among jurists of reason and there are no questions adequate to deserve
19 encouragement.  *See Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).  The Clerk of Court
20 shall enter judgment **DENYING** the Petition.
21     **IT IS SO ORDERED.**

Dated:  November 19, 2015

Hon. Roger T. Benitez
United States District Judge